**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BRANDY D. KING. | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CIV-12-0370-HE |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Brandy D. King filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for Social Security disability insurance and supplemental security income benefits.  Plaintiff filed an application seeking leave to proceed *in forma pauperis* ("*ifp*"), which was referred to Magistrate Judge Bana Roberts.  The magistrate judge entered a Report and Recommendation recommending that plaintiff's motion be denied, as she indicated on her *ifp* application that she is employed and paid $1,081.00 every two weeks.

Plaintiff failed to object to the Report and Recommendation, thereby waiving her right to appellate review of the factual and legal issues it addressed.  United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996).  *See* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts Magistrate Judge Robert's Report and Recommendation and denies plaintiff's application to proceed *ifp*.  Plaintiff is granted until **May 31, 2012**, to pay the $350.00 filing fee, or the action will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 10th day of May, 2012.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE